ESTATE OF IDA ABRAHAM, Deceased; Donna M. Cawley and Diana A. Slater, Administratrixes, Petitioners, Appellants,

v.

COMMISSION OF INTERNAL REVENUE Respondent, Appellee.

No. 04–1886.

United States Court of Appeals, First Circuit.

Oct. 7, 2005.

Brendan J. Shea, Langan, Dempsey & Brodigan, Boston, MA, for Petitioners–Appellants.

John A. Dudeck, Jr., Eileen J. O'Connor, United States Department of Justice, Donald L. Korb, Internal Revenue Service Chief Counsel, Washington, DC, for Respondent–Appellee.

Before TORRUELLA, LYNCH, and HOWARD, Circuit Judges.

**ORDER OF COURT**

Both parties have requested that this court recall mandate in order to remand to the Tax Court for the limited purpose of a recomputation of the estate tax under Tax Court Rule 156.

The Court notes that counsel for appellants should have called this matter to the attention of the court long before mandate issued.

The motion is allowed to the following extent. The court's opinion and judgment dated May 25, 2005 are amended by adding to each an ultimate sentence: "The matter is remanded to the Tax Court for the limited purpose of a recomputation of the estate tax under Tax Court Rule 156 to permit a recalculation of tax after deductions for attorneys fees."

Mandate issued on September 8, 2005 is recalled. Mandate shall issue forthwith in conformance with the now corrected opinion and judgment.

So ordered.